UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-6487-CR-Hunt

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Tacular Matthews

    Defendant.
_____/

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW _Sidney Fleischman_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): _Sidney Fleischman_

Counsel's Signature: _[signature]_

Address (include City/State/Zip Code): _____

Telephone: _954-523-7223_   Florida Bar Number: _762962_

Date: _8/25/21_